IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 1516                                              PLAINTIFF

VS.                               3:13-CV-00151-BRW

VALLEY SUN INDUSTRIAL GROUP, INC.                                           DEFENDANT

## DEFAULT JUDGMENT

Default Judgment was entered against Defendant Valley Sun Industrial Group, Inc., in favor of Plaintiff IBEW Local 1516 on December 18, 2013.[1] On January 16, 2014, a damages hearing was held.

Plaintiff has also filed a Motion for Costs (Doc. No. 12) and a Motion for Attorney's Fees (Doc. No. 13). I find the hours and hourly rate submitted by Mr. Burnett are reasonable. Accordingly, the Motions (Doc. Nos. 12, 13) are GRANTED.

I find the Labor-Management Committee's arbitral award of January 6, 2013 is final and binding upon Defendant and remains unsatisfied. Accordingly, I now enter judgment against Defendant Valley Sun Industrial Group, Inc., in favor of Plaintiff IBEW Local 1516, in the following amounts:

1.   $4,300.26 in unpaid wages, with $2,150.13 payable to Jameson Carter as earned income, and $2,150.13 payable to Vincent Saylors as earned income;

2.   $507.20 in unpaid benefits, payable to the Arkansas Chapter, NECA-IBEW Retirement Plan, with $253.60 allocated on behalf of Jameson Carter and $253.60 on behalf of Vincent Saylors;

---

[1] Doc. No. 8.

1

3.      $130,981.76 in waiting time through January 24, 2014, with $65,490.88 payable to Jameson Carter and $65,490.88 payable to Vincent Saylors;

4.      $378.56 in additional waiting time every day after January 24, 2014 that the judgment amounts stated in paragraphs 1 and 2 remain unsatisfied; and

5.      $9,987.50 in attorney's fees and $400 in costs.

IT IS SO ORDERED this 28th day of January, 2014.


  /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE